# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Kasold, Bruce E. | 2. Court or Organization<br><br>US Ct of Appeals - Vet'ns Clms | 3. Date of Report<br><br>10/19/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Chief Judge, US Court of Appeals | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

625 Indiana Ave. NW, Suite 900
Washington, DC 20004-2950

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director Emeritus, Volunteer | Board of Directors, Pentagon Federal Credit Union |
| 2. | Trustee | �inc_ Trust |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 10/19/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Pentagon Federal Credit Union (PFCU) | 14-16 January | NYC, NY | PFCU planning conf | Transp, room & board, activities fees |
| 2. | PFCU | 23-26 June | Greenbriar, VA | PFCU planning conf | Transp, room & board, activities fees |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 10/19/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 10/19/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Navy Federal Credit Union Account | A | Interest | L | T | | | | | |
| 2. Pentagon Federal Credit Union Account | A | Interest | J | T | | | | | |
| 3. Chevy Chase Bank Account | A | Interest | K | T | | | | | |
| 4. ING Bank | A | Interest | J | T | | | | | |
| 5. Ally Bank | B | Interest | K | T | | | | | |
| 6. MCD Stock | A | Dividend | J | T | | | | | |
| 7. SUBK Stock | A | Dividend | K | T | | | | | |
| 8. USAGX Stock | B | Distribution | L | T | | | | | |
| 9. D Stock | A | Dividend | J | T | | | | | |
| 10. BLANK----------- | | | | | | | | | |
| 11. Scottrade Cash | A | Interest | J | T | | | | | |
| 12. SKSRX (formerly GSC) | B | Dividend | K | T | | | | | |
| 13. PWE Stock | A | Dividend | J | T | | | | | |
| 14. RYJUX Stock | | None | J | T | | | | | |
| 15. AULO Stock | | None | J | T | | | | | |
| 16. COGC Stock | | None | J | T | | | | | |
| 17. FXPT Stock | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 10/19/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SOIGF Stock | | None | J | T | | | | | |
| 19. SCEY Stock | | None | J | T | | | | | |
| 20. YCKM Stock | | None | J | T | | | | | |
| 21. SKYC (formerly CYTR) | | None | J | T | | | | | |
| 22. EOS Stock | A | Dividend | | | Sold | 01/11/11 | J | A | |
| 23. PVX Stock | B | Dividend | K | T | | | | | |
| 24. PACE (formerly MDOEF) | | None | J | T | | | | | |
| 25. MFA Stock | B | Dividend | J | T | | | | | |
| 26. ZTR Stock | B | Dividend | | | Sold | 1/11/11 | J | A | |
| 27. LGCY Stock | B | Distribution | K | T | | | | | |
| 28. CSOL Stock | | None | J | T | | | | | |
| 29. C Stock | A | Dividend | J | T | Buy (add'l) | 10/11/11 | J | | |
| 30. | | | | | Sold (part) | 5/11/11 | J | A | |
| 31. | | | | | Buy (add'l) | 2/25/11 | J | | |
| 32. HTS Stock | B | Dividend | J | T | | | | | |
| 33. ENZN Stock | | None | | | Sold | 5/9/11 | J | A | |
| 34. HILL Stock | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 10/19/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. GGR Stock | | None | J | T | Buy (add'l) | 7/15/11 | J | | |
| 36. CBMMA Bond (formerly BLXJF) | A | Interest | J | T | | | | | |
| 37. BRK/B Stock | | None | J | T | Sold (part) | 11/1/11 | J | A | |
| 38. | | | | | Sold (part) | 9/29/11 | J | A | |
| 39. | | | | | Buy (add'l) | 8/11/11 | J | | |
| 40. | | | | | Buy (add'l) | 8/9/11 | J | | |
| 41. TNK Stock | A | Dividend | | | Sold | 12/29/11 | J | A | |
| 42. | | | | | Buy (add'l) | 11/25/11 | J | | |
| 43. | | | | | Buy (add'l) | 10/11/11 | J | | |
| 44. | | | | | Buy (add'l) | 2/25/11 | J | | |
| 45. ENLAY Stock | A | Dividend | | | Sold | 7/26/11 | J | B | |
| 46. CHK Stock | A | Dividend | K | T | Buy (add'l) | 12/29/11 | J | | |
| 47. | | | | | Buy (add'l) | 8/11/11 | J | | |
| 48. | | | | | Buy | 8/10/11 | J | | |
| 49. BBEP Stock | | None | K | T | Buy | 11/21/11 | K | | |
| 50. NLY | | None | J | T | Buy | 10/5/11 | J | | |
| 51. BLANK---------- | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 10/19/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  Schwab Cash | A | Interest | J | T | | | | | |
| 53.  SUBK Stock | B | Dividend | J | T | Sold (part) | 12/21/11 | K | A | |
| 54. | | | | | Sold (part) | 04/21/11 | J | A | |
| 55. | | | | | Buy (add'l) | 04/12/11 | J | | |
| 56. | | | | | Buy (add'l) | 03/28/11 | K | | |
| 57. | | | | | Buy (add'l) | 03/18/11 | K | | |
| 58. | | | | | Sold (part) | 02/14/11 | L | A | |
| 59.  BBT Stock | A | Dividend | J | T | Sold (part) | 01/24/11 | J | A | |
| 60.  YLWPF Stock | A | Dividend | | | Sold | 12/23/11 | J | A | |
| 61.  MBVA Stock | | None | J | T | | | | | |
| 62.  CPKPY Stock | A | Dividend | | | Sold | 09/26/11 | J | B | |
| 63.  MNR Stock (formerly MNRTA) | B | Dividend | J | T | | | | | |
| 64.  FCG Stock | A | Dividend | K | T | | | | | |
| 65.  NLY Stock | A | Dividend | J | T | | | | | |
| 66.  ENZN Stock | | None | J | T | Sold (part) | 05/04/11 | K | C | |
| 67.  C Stock | A | Dividend | K | T | Sold (part) | 10/27/11 | K | A | |
| 68. | | | | | Buy (add'l) | 08/23/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 10/19/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 08/08/11 | K | | |
| 70. | | | | | Buy (add'l) | 08/08/11 | K | | |
| 71. | | | | | Sold (part) | 05/06/11 | K | C | |
| 72. | | | | | Buy (add'l) | 03/07/11 | K | | |
| 73. | | | | | Buy (add'l) | 02/22/11 | J | | |
| 74. CHK+D Stock | B | Dividend | K | T | | | | | |
| 75. CRHVF Stock (formerly JAARF) Stock | A | Dividend | J | T | | | | | |
| 76. RYJUX Stock | | None | J | T | | | | | |
| 77. WH Stock | | None | J | T | | | | | |
| 78. CWH Stock (formerly HRP) | A | Dividend | J | T | | | | | |
| 79. LGCY Stock | B | Dividend | J | T | | | | | |
| 80. EVEP Stock | B | Dividend | J | T | | | | | |
| 81. BRKB Stock | | None | J | T | Buy | 08/04/11 | J | | |
| 82. BX Stock | A | Dividend | J | T | | | | | |
| 83. CPLP Stock | A | Dividend | J | T | | | | | |
| 84. ICO Stock | | None | | | Sold | 05/04/11 | J | D | |
| 85. SDRL Stock | | None | | | Sold | 02/22/11 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 10/19/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. PVR Stock | B | Dividend | K | T | Buy (add'l) | 08/08/11 | J | | |
| 87. T Stock | | None | K | T | Buy | 12/23/11 | J | | |
| 88. BANR Stock | A | Dividend | K | T | Buy (add'l) | 08/04/11 | J | | |
| 89. | | | | | Buy (add'l) | 03/15/11 | J | | |
| 90. | | | | | Buy | 02/22/11 | J | | |
| 91. BSX Stock | | None | J | T | Buy | 01/24/11 | J | | |
| 92. CHK Stock | A | Dividend | J | T | Buy (add'l) | 08/05/11 | J | | |
| 93. | | | | | Buy (add'l) | 03/28/11 | J | | |
| 94. | | | | | Buy (add'l) | 03/21/11 | J | | |
| 95. CUAEF Stock | A | Dividend | J | T | Buy | 03/10/11 | J | | |
| 96. FTR Stock | B | Dividend | K | T | Buy (add'l) | 08/04/11 | J | | |
| 97. | | | | | Buy (add'l) | 03/07/11 | J | | |
| 98. | | | | | Buy | 02/23/11 | J | | |
| 99. GGR Stock | | None | J | T | Buy | 04/21/11 | J | | |
| 100. PPRTF Stock | | None | J | T | Buy | 03/07/11 | J | | |
| 101. SNV Stock | A | Dividend | J | T | Buy (add'l) | 03/15/11 | J | | |
| 102. | | | | | Buy | 02/22/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 10/19/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  BBEP Stock | | None | K | T | Buy | 11/21/11 | K | | |
| 104.  RNO Stock | A | Dividend | K | T | Buy (add'l) | 08/04/11 | J | | |
| 105. | | | | | Buy | 08/03/11 | J | | |
| 106.  FTR Put Options | | None | | | Sold | 11/21/11 | J | A | |
| 107.  C Call Options | | None | | | Sold | 12/09/11 | J | A | |
| 108. | | | | | Buy | 11/21/11 | J | | |
| 109.  C Call Options | | None | | | Closed | 12/17/11 | J | A | |
| 110. | | | | | Buy | 03/07/11 | J | | |
| 111.  C Call Options | | None | J | T | Buy | 11/21/11 | J | | |
| 112.  C Put Options | | None | | | Closed | 12/17/11 | J | | |
| 113. | | | | | Sold | 11/21/11 | J | C | |
| 114.  BLANK-------- | | | | | | | | | |
| 115.  Schwab IRA1 | | | | | | | | | |
| 116.  ENZN Stock | | None | | | Sold | 05/04/11 | J | B | |
| 117.  NLY Stock | A | Dividend | J | T | Buy (add'l) | 11/21/11 | J | | |
| 118.  JE Stock (formerly JUSTF) | | None | J | T | | | | | |
| 119.  CSOL Stock | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 10/19/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  PALAF Stock | | None | J | T | | | | | |
| 121.  EOS Stock | A | Dividend | | | Sold | 10/27/11 | J | A | |
| 122.  WH Stock | | None | J | T | | | | | |
| 123.  CWH+D Stock (formerly HRP+D) | A | Dividend | J | T | | | | | |
| 124.  ANH Stock | A | Dividend | J | T | | | | | |
| 125.  CRHVF Stock (formerly JAARF) | A | Dividend | J | T | Buy (add'l) | 08/04/11 | J | | |
| 126.  ZTR Stock | A | Dividend | | | Sold | 10/27/11 | J | A | |
| 127.  AT Stock | A | Dividend | J | T | | | | | |
| 128.  PCWLF Stock | A | Dividend | J | T | | | | | |
| 129.  GGR Stock | | None | J | T | Buy (add'l) | 12/23/11 | J | | |
| 130. | | | | | Buy (add'l) | 07/15/11 | J | | |
| 131. | | | | | Buy (add'l) | 05/24/11 | J | | |
| 132.  TNK Stock | A | Dividend | J | T | | | | | |
| 133.  BANR Stock | A | Dividend | J | T | Buy | 02/22/11 | J | | |
| 134.  SNV Stock | A | Dividend | J | T | Buy | 02/22/11 | J | | |
| 135.  WIN Stock | A | Dividend | J | T | Buy | 02/22/11 | J | | |
| 136.  RVRCF Stock | | None | J | T | Buy | 05/17/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 10/19/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. BLANK--------- | | | | | | | | | |
| 138. Schwab Ed Acct | | | | | | | | | |
| 139. CSOL Stock | | None | J | T | | | | | |
| 140. BLXJF Bond | A | Interest | J | T | | | | | |
| 141. WH Stock | | None | J | T | | | | | |
| 142. CWH+D Stock (formerly HRP+D) | A | Dividend | J | T | | | | | |
| 143. EOS Stock | A | Dividend | | | Sold | 10/27/11 | J | A | |
| 144. TNK Stock | A | Dividend | J | T | | | | | |
| 145. GGR Stock | | None | J | T | Buy (add'l) | 11/28/11 | J | | |
| 146. BLANK---------- | | | | | | | | | |
| 147. Schwab Trust | | | | | | | | | |
| 148. BLXJF Bond | A | Interest | J | T | | | | | |
| 149. WLCDF Stock | | None | J | T | | | | | |
| 150. EOS Stock | A | Dividend | | | Sold | 10/27/11 | J | A | |
| 151. CWH+D Stock (formerly HRP+D) | A | Dividend | J | T | | | | | |
| 152. NLY Stock | B | Dividend | J | T | | | | | |
| 153. CSOL Stock | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 10/19/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. ICN Stock | | None | | | Sold | 02/14/11 | J | A | |
| 155. CRHVF Stock (formerly JAARF) | A | Dividend | J | T | | | | | |
| 156. YLWPF Stock | A | Dividend | J | T | | | | | |
| 157. GGR Stock | | None | J | T | Buy (add'l) | 12/23/11 | J | | |
| 158. | | | | | Buy (add'l) | 07/15/11 | J | | |
| 159. | | | | | Buy (add'l) | 02/14/11 | J | | |
| 160. AT Stock | A | Dividend | J | T | Buy | 11/21/11 | J | | |
| 161. BANR Stock | A | Dividend | J | T | Buy | 02/22/11 | J | | |
| 162. CPKPY Stock | A | Dividend | J | T | | | | | |
| 163. PWE Stock | | None | J | T | Buy | 11/21/11 | J | | |
| 164. WIN Stock | A | Dividend | J | T | Buy (add'l) | 11/21/11 | J | | |
| 165. | | | | | Buy | 02/22/11 | J | | |
| 166. BLANK--------- | | | | | | | | | |
| 167. Schwab IRA2 | | | | | | | | | |
| 168. CSOL Stock | | None | J | T | | | | | |
| 169. PALAF Stock | | None | J | T | | | | | |
| 170. ANH Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 10/19/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. NLY Stock | A | Dividend | J | T | | | | | |
| 172. PWE Stock | A | Dividend | J | T | | | | | |
| 173. CWH Stock (formerly HRP) | A | Dividend | J | T | | | | | |
| 174. LGCY Stock | A | Dividend | J | T | | | | | |
| 175. KMP Stock | A | Dividend | J | T | | | | | |
| 176. CYTR Stock | | None | | | Sold | 02/23/11 | J | A | |
| 177. GGR Stock | | None | J | T | Buy (add'l) | 04/21/11 | J | | |
| 178. AT Stock | | None | J | T | | | | | |
| 179. TNK Stock | | None | J | T | | | | | |
| 180. BRKB Stock | | None | J | T | | | | | |
| 181. BX Stock | A | Dividend | J | T | | | | | |
| 182. CRHVF Stock (formerly JAARF) | A | Dividend | J | T | | | | | |
| 183. CHK+D Stock | A | Dividend | J | T | | | | | |
| 184. BANR Stock | A | Dividend | J | T | Buy | 02/22/11 | J | | |
| 185. SNV Stock | A | Dividend | J | T | Buy (add'l) | 03/15/11 | J | | |
| 186. | | | | | Buy | 02/22/11 | J | | |
| 187. FTR Stock | A | Dividend | J | T | Buy (add'l) | 07/07/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 10/19/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. BLANK-------- | | | | | | | | | |
| 189. Fidelity Annuity Mid Cap | None | K | T | | Buy (add'l) | 08/05/11 | J | | |
| 190. | | | | | Buy (add'l) | 03/15/11 | J | | |
| 191. | | | | | Buy (add'l) | 03/07/11 | J | | |
| 192. Fidelity Annuity Utilities | None | | | | Sold | 08/05/11 | K | A | |
| 193. | | | | | Buy (add'l) | 03/07/11 | J | | |
| 194. Fidelity Annuity Financial Service | None | K | T | | Buy (add'l) | 08/05/11 | J | | |
| 195. | | | | | Buy (add'l) | 03/15/11 | J | | |
| 196. | | | | | Buy | 03/07/11 | J | | |
| 197. Fidelity Annuity Overseas | None | | | | Sold | 08/05/11 | K | C | |
| 198. | | | | | Buy (add'l) | 03/07/11 | J | | |
| 199. Fidelity Annuity Energy | None | K | T | | Buy | 08/05/11 | K | | |
| 200. Fidelity Annuity Contrafund | None | K | T | | Buy (add'l) | 08/05/11 | J | | |
| 201. | | | | | Buy (add'l) | 08/03/11 | J | | |
| 202. Fidelity AnnuityAsset Manager: Gr | None | K | T | | Buy | 08/05/11 | K | | |
| 203. AGI Annuity | None | M | T | | | | | | |
| 204. Columbia Housing P'ship (low income housing throughout US) | None | J | W | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 10/19/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Gatz Properties, LLC (Real estate in Riverhead, NY) | | None | L | W | | | | | |
| 206. Mort note to Edgewater Bay Holdings, LLC, Coconut Grove, FL | | None | | | Closed | 06/01/11 | J | A | |
| 207. Mort note to Atlantic Beach, LLC, Coconut Gorve, FL | | None | J | W | | | | | |
| 208. Mort note to V Strategic Group, Inc., Coconut Grove, FL | | None | | | Closed | 06/01/11 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Comments related to 2010 as compared to 2011 filing (all comments are to the 2010 filing).

1. Part IV, line 1, location of conference was Namacolin, PA, vice NY, NY.

2. Part VII, line 12, SKMRX should have been SKSRX.

3. Part VII, line 24, ANH was sold in 2009 but had a dividend in 2010, and is not owned/reported in 2011.

4. Part VII, line 56, PCWLF should have been listed with the stocks under header IRA1 instead of with the general Schwab account stocks; it is now reflected properly on line 128.

5. Part VII, lines 75 and 83, reported separate transactions, but HRP changed its symble to CWH and should have been reported on the same lines.

6. Part VII, lines 129 and 147 double reported PALAF.

7. Part VII, lines 168 and 177 double reported WLCDF.

8. Part VII, under header Schwab Trust, line 164, CPKPY should have been reported; it was purchased many years ago and lost value, but it did have reportable value in 2010 and should have been reported in minimum categories for dividend and value. It is now reported.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Bruce E. Kasold**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544